UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA WILLIAMS,<br>　　　　Plaintiff,<br>　　v.<br>PAUL LORENZ, et al.,<br>　　　　Defendants. | Case No. 5:15-cv-04494-BLF (HRL)<br><br>**ORDER SETTING DISCOVERY HEARING**<br>Re: Dkt. No. 74 |

The court is in receipt of a Discovery Letter Brief filed by plaintiff. Since plaintiff is representing herself, the court will---in this instance---overlook any procedural irregularities and address this filing on its merits.

Plaintiff and defense counsel shall appear in person for a hearing on the discovery dispute at **1:30 p.m. on May 15, 2018**.

SO ORDERED.

Dated: May 10, 2018

HOWARD R. LLOYD
United States Magistrate Judge