# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

SANDRA WILLIAMS,

    Plaintiff,

v.

COUNTY OF SANTA CLARA,

    Defendant.

Case No. 15-cv-04494-BLF

**JUDGMENT**

In accordance with the jury's verdict entered on November 19, 2018, attached hereto, it is hereby ordered and adjudged that Plaintiff Sandra Williams shall take nothing by this action and that judgment is entered for Defendant County of Santa Clara and against Plaintiff Sandra Williams.

**IT IS SO ORDERED.**

Dated: Nov 19, 2018

_____
BETH LABSON FREEMAN
United States District Judge